UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE ANIMAL HOSPITAL ON MT. LOOKOUT SQUARE, INC. | : : : | Civil Action No. 1:20-cv-00270 |
| | : : | Judge Susan J. Dlott |
| Plaintiff, | : : | |
| v. | : : | |
| | : | **PLAINTIFF THE ANIMAL** |
| MASTERS PHARMACEUTICAL, INC, et al. | : : | **HOSPITAL ON MT. LOOKOUT SQUARE, INC.'S NOTICE OF** |
| Defendants. | : : | **VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff The Animal Hospital on Mt. Lookout Square, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed.

Respectfully submitted,

/s/ *Matthew E. Stubbs*
George D. Jonson
Matthew E. Stubbs
Geri Hernandez
MONTGOMERY JONSON
600 Vine Street, Suite 2650
Cincinnati, OH  45202
(513) 768-5227
(513) 768-9227 (fax)
Email: gjonson@mojolaw.com
        mstubbs@mojolaw.com
        ghernandez@mojolaw.com

*Counsel for The Animal Hospital on Mt. Lookout Square, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                  */s/ Matthew E. Stubbs*
                                  Matthew E. Stubbs