IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE ANIMAL HOSPITAL ON MT. LOOKOUT SQUARE, INC., | : : : | Case No. 1:20-cv-270 |
| Plaintiff, | : : | Judge Susan J. Dlott |
| v. | : : : | **ORDER VACATING PRIOR ORDER AND DISMISSING THIS MATTER WITHOUT PREJUDICE** |
| MASTERS PHARMACEUTICAL, LLC, *et al.*, | : : : | |
| Defendants. | : | |

This matter is before the Court on Plaintiff's Motion to Withdraw or Vacate the Court's April 20, 2020 Order (Doc. 7). For the reasons stated below, the Court will **GRANT** the Plaintiff's Motion.

The Plaintiff previously filed a Notice of Voluntary Dismissal (Doc. 5). As this is common practice when a case is settled, the filing triggered the Court's standard conditional dismissal order, dismissing the matter with prejudice unless the parties notify the Court by a date certain that settlement consummation failed. (Doc. 6.) Plaintiff now notifies the Court that the prior voluntary dismissal was not based on settlement but instead sought voluntary dismissal WITHOUT prejudice. (Doc. 7.)

Accordingly, the Court hereby **GRANTS** Plaintiff's Motion to Withdraw or Vacate (Doc. 7), **VACATES** its Order dated April 20, 2020 (Doc. 6), and **DISMISSES** this matter without prejudice.

**IT IS SO ORDERED**.

Dated: _5/1/20_____           ____s/Susan J. Dlott_____
                                Judge Susan J. Dlott
                                United States District Court

1